# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| Michelle Rollins Carroll, | ) | Civil Action No. 1:18-cv-02273-JMC |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Andrew M. Saul, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
|     Defendant. | ) ) | |

The matter is before the court is Plaintiff Michelle Rollins Carroll's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412 (2019). (ECF No. 25.) Plaintiff's counsel seeks reimbursement in the amount of five thousand seventy-nine dollars and thirty-eight cents ($5,479.38) in fees and zero ($0.00) dollars in costs. (*Id.* at 1.) The Commissioner filed a Stipulation on April 24, 2020, notifying the court that the parties agreed to an award of five thousand two hundred dollars and zero cents ($5,200.00) in attorney's fees. (ECF No. 26.)

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to be offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B) (2014). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel. *See Ratliff*, 560 U.S. at 589. The amount of attorney's fees payable to Plaintiff will be the balance of stipulated attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. *See* 31 U.S.C. § 3716 (2014). If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees under the stipulation, the stipulated amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (*See* ECF

No. 25 at 1–2.)

After a thorough review of Plaintiff's Motion and the Commissioner's Stipulation, the court finds that the request for fees is reasonable and that Plaintiff is entitled to an award of attorney's fees totaling five thousand two hundred dollars and zero cents ($5,200.00). As such, the court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 25) based on the parties' stipulation.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

April 30, 2020
Columbia, South Carolina